**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FORTRESS CREDIT ADVISORS LLC,

Plaintiff,

v.

TWG DEVELOPMENT, LLC, *et al.*,

Defendants.

26 Civ. 6735 (PAE)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants TWG Development, LLC, Louis Knoble, and Justin Collins (collectively, "Defendants"), by and through their undersigned counsel, that upon the Complaint filed by Plaintiff Fortress Credit Advisors LLC ("Plaintiff") with the exhibits attached thereto, and the accompanying memorandum of law attached hereto, shall move before this Court, at the Courthouse located at 40 Foley Square, Courtroom 1305, New York, New York 10007, at a date to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6):

1. Dismissing, with prejudice, the First Cause of Action for breach of contract based on an alleged failure to negotiate in good faith;
2. Dismissing, with prejudice, the Second Cause of Action for breach of contract based on an alleged failure to reimburse costs;
3. Dismissing, with prejudice, the Third Cause of Action for breach of New York's implied covenant of good faith and fair dealing;
4. Awarding Defendants their reasonable attorneys' fees and costs as the prevailing parties pursuant to Section 7 of the Letter of Intent at issue; and

5. Granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 6.1(b) of the Local Civil Rules of the United States District Courts for the Southern District of New York, opposing papers and answering memoranda, if any, shall be served within fourteen (14) days after service of this motion.

Dated: September 4, 2026

Respectfully submitted,

*/s/ Jessa DeGroote*

Alyson M. Fiedler, Esq.
Jessa DeGroote, Esq.
**ICE MILLER LLP**
1500 Broadway, Suite 2900
New York, NY 10036
(212) 824-4940
Alyson.Fiedler@icemiller.com
Jessa.DeGroote@icemiller.com

Aaron Casegrande, Esq. (admitted *pro hac vice*)
**ICE MILLER LLP**
100 Light Street, Suite 2700
Baltimore, MD 21202
(410) 951-5876
Aaron.Casagrande@icemiller.com

Ryland A. Doerr, Esq. (admitted *pro hac vice*)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, OH 43215
(614) 462-1021
Ryland.Doerr@icemiller.com

*Attorneys for Defendants TWG Development, LLC, Louis Knoble, and Justin Collins*