# **Exhibit 1**

**From:** Tony Knoble
**To:** Eli Edwards; Justin Collins
**Cc:** Brendan Casey
**Subject:** RE: TWG Dead Deal Costs
**Attachments:** image003.png

---

Eli,

We disagree with your interpretation of the Term Sheet. As far as fees and expenses, the Term Sheet was amended in August 2025 to add a provision allocating responsibility for transaction fees and expenses only in the event that required Phase I Consents were not obtained by the expiration of the due diligence period. Prior to that addition, there was no agreement regarding reimbursement of fees and expenses if the transaction did not close. And, there is no provision allocating fees and expenses in the current Term Sheet other than in the instance that consents are not obtained.

As you know, the Term Sheet is non-binding. As you also know, it is apparent that the deal will not come to fruition because the parties have not been able to reach agreement on a number of outstanding material items. TWG has acted in good faith at all times, but given the extensive negotiations over the extended period of time, which is reflected in the expenses incurred by both sides in pursuing the transaction, we do not believe that the parties will be able to reach a final definitive agreement acceptable to all.

TWG remains willing to consider making a payment towards Fortress' reasonable out of pocket expenses in the amount of $250,000 in exchange for an agreed termination of the LOI and related Due Diligence Period. From our perspective, this outcome continues to make the most sense given the current posture.

**Tony Knoble**
Chief Executive Officer
1301 E. Washington St., STE 100, Indianapolis, IN 46202
tony@twgdev.com

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]