# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, the foregoing was filed electronically with the Clerk using the Court's CM/ECF system, which sent notification of such filing to all counsel of record. Additionally, the foregoing was served on the following counsel via the following email and mailing addresses:

Matthew A. Katz
Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, NY 10005
mkatz@schlaw.com

*/s/ Jessa DeGroote*
Jessa DeGroote