IceMiller

Baltimore Chicago Columbus Indianapolis
Naples New York Philadelphia Phoenix Washington, D.C.

November 3, 2026

WRITER'S DIRECT NUMBER: (317) 236-2356
EMAIL: JESSA.DEGROOTE@icemiller.com

**VIA ECF**
The Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

***Re:*** ***Fortress Credit Advisors LLC v. TWG Development, LLC, et al.*, Case No. 1:26-cv-06735-PAE: Consent Letter-Motion to Extend Defendants' Reply Deadline**

Dear Judge Engelmayer:

My firm represents Defendants TWG Development, LLC, Louis Knoble, and Justin Collins (collectively, "Defendants") in the above-referenced action. I write, with consent from Plaintiff's counsel, to respectfully request a one (1) week extension of the deadline for Defendants to file a reply in support of their *Motion to Dismiss the Amended Complaint* (Dkt. 22) from November 6, 2026 to November 13, 2026.

As required by Rule 1.E of the Court's Individual Rules, Defendants state the following:

1. Defendants filed and served their *Motion to Dismiss the Amended Complaint* on October 16, 2026 (Dkt. 22);

2. Plaintiff Fortress Credit Advisors LLC ("Fortress") filed its *Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint* on October 30, 2026 (Dkt. 23);

3. This request is Defendants first request for an extension of this deadline; and

4. Fortress consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

**ICE MILLER LLP**

***/s/ Jessa DeGroote***

Jessa DeGroote

cc: All counsel of record (via ECF)